# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02553-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

SHARRIECKIA PAGE,

      Plaintiff,

v.

PUEBLO COLORADO MENTAL HEALTH INSTITUTE,
ADAMS COUNTY DETENTION FACILITY,
HUMAN AND SOCIAL SERVICES,
ADAMS COUNTY PUBLIC DEFENDERS, and
DEFENSE ATTORNEY JENNIFER JONES,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Sharrieckia Page, is a prisoner in the Colorado Department of
Corrections who currently is incarcerated at the Denver Women's Correctional Facility.
She has submitted *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion
and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  As part
of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that
the submitted documents are  deficient as described in this order.  Plaintiff will be
directed to cure the following if she wishes to pursue her claims.  Any papers that
Plaintiff files in response to this order must include the civil action number noted above
in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted (must use the court's current form revised 10/01/12 with
                     Authorization and Certificate of Prison Official)
(2)   __     is missing affidavit

(3)   \_\_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   \_\_    is missing certificate showing current balance in prison account

(5)   \_\_    is missing required financial information

(6)   \_\_    is missing an original signature by the prisoner

(7)   \_\_    is not on proper form (must use the court's current form)

(8)   X    names in caption do not match names in caption of complaint, petition or habeas application

(9)   \_\_    An original and a copy have not been received by the court. Only an original has been received.

(10)   X    other:  § 1915 motion and affidavit on the court's current form revised 10/01/12 only is necessary if $400.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:

(11)   \_\_    is not submitted

(12)   \_\_    is not on proper form (must use the court's current form)

(13)   \_\_    is missing an original signature by the prisoner

(14)   \_\_    is missing page nos. \_\_\_

(15)   \_\_    uses et al. instead of listing all parties in caption

(16)   \_\_    An original and a copy have not been received by the court. Only an original has been received.

(17)   \_\_    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   \_\_    names in caption do not match names in text

(19)   \_\_    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of her case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov, and use that form in curing the designated deficiencies, if she does not intend to pay the full filing fee.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the Prisoner Complaint and the action

will be dismissed without further notice.

DATED October 7, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge